THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Donald Lyles,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2005-UP-168
Submitted March 1, 2005  Filed March 7, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz III, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  On September 9 and 10, 2003, Donald Lyles was tried and convicted of criminal domestic violence of a high and aggravated nature.  He was sentenced to ten years in prison.  Lyles appeals, arguing the judge erred in allowing the State to introduce evidence that he had two pending charges for criminal domestic violence.  On appeal, counsel for Lyles has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Lyles has not filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1]
ANDERSON, BEATTY and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.